| Fill in this information to identify the case: | |
|---|---|
| Debtor Name **KAPS CONSTRUCTION LLC** | |
| United States Bankruptcy Court for the: Western District of Texas | ☑ |
| Case number: **24-51399-cag** | |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  **September 2024**

Date report filed: _____  MM / DD / YYYY

Line of business:  **Construction**

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Larry Polanco

Original signature of responsible party  _[signature]_

Printed name of responsible party  *LARRY BLANCO*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  KAPS CONSTRUCTION LLC                    Case number  24-51399-cag

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 39,915.88

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 646,351.38

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 572,086.12

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 74,265.26

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 114,181.14

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**            $ 445,800
    *(Exhibit E)*

Debtor Name KAPS CONSTRUCTION LLC                     Case number 24-51399-cag

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ 1,259,425.75

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                            3

27. What is the number of employees as of the date of this monthly report?               3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 15,000

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 66,000

30. How much have you paid this month in other professional fees?                                 $ 0

31. How much have you paid in total other professional fees since filing the case?               $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 646,000 | − | $ 646,351.38 | = | $ -351.38 |
| 33. Cash disbursements | $ 572,000 | − | $ 572,086.12 | = | $ -86.12 |
| 34. Net cash flow | $ 74,000 | − | $ 74,265.26 | = | $ -265.26 |

35. Total projected cash receipts for the next month:                                  $ 1,102,523.11

36. Total projected cash disbursements for the next month:                           − $ 937,144.64

37. Total projected net cash flow for the next month:                                = $ 165,378.46

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page 3

Debtor Name KAPS CONSTRUCTION LLC                    Case number 24-51399-cag

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Business Checking Plus

PNC Bank

**PNC BANK**
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 08/31/2024 to 09/30/2024**

Primary Account Number: XX-XXXX-2655
Page 1 of 5
Number of enclosures: 0

LARRY POLANCO DBA
KAPS ROOFING & CONSTRUCTION
4242 HILTON HEAD ST
SAN ANTONIO TX 78217-1819

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Visit us at PNC.com/smallbusiness

---

IMPORTANT ACCOUNT NOTIFICATION

PNC Online Banking is an easy and convenient way to manage your cash flow. Enroll in PNC Online Banking by visiting PNC.com/Enroll. To enroll, you will need your business employer identification number (EIN) or Social Security Number (SSN), Online Access PIN and PNC Account Number. Your Online Access PIN is a 4-digit number that you may have set when you opened your account or received in the mail after opening your account.

IMPORTANT INFORMATION ABOUT BUSINESS CHECK QUANTITIES

Effective September 29, 2024, check order quantities for the following categories will decrease as follows:

>Business Wallet will decrease from 80 to 60 checks

There will be no changes to the quantities of any other business check types.

If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

IMPORTANT ACCOUNT INFORMATION

Effective January 1, 2025, charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include but are not limited to Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

Among the changes that become effective January 1, 2025, the following Wire Fees will be impacted for Business Banking clients, including but not limited to the following:

The fee for INCOMING BOOK TRANSFERS will be $5.50 each.
The fee for INCOMING INTERNATIONAL WIRE TRANSFERS will be $21 each.

The fee for WIRE TRANSFER MANUAL REPAIR will be $18 each.
The fee for WIRE COPIES will be $21 each.

# Business Checking Plus

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Plus Account Number: XX-XXXX-2655 - continued

**For the Period 08/31/2024 to 09/30/2024**
LARRY POLANCO DBA
Primary Account Number: XX-XXXX-2655
Page 2 of 5

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Plus Summary
Account number:  XX-XXXX-2655

LARRY POLANCO DBA
KAPS ROOFING & CONSTRUCTION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 5.56 | 548,157.33 | 476,937.97 | 71,224.92 |
| | | | Average ledger balance | Average collected balance |
| | | | 64,163.42 | 38,489.04 |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 108.00 | 108.00 |
| Total Returned Item Fees (NSF) | 36.00 | 36.00 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 8 | 511,657.04 | Checks | 18 | 313,320.94 |
| ACH Additions | 2 | .29 | Debit Card Purchases | 16 | 18,391.49 |
| Other Additions | 7 | 36,500.00 | POS Purchases | 7 | 2,431.75 |
| | | | ACH Deductions | 2 | 6,910.29 |
| | | | Service Charges and Fees | 9 | 184.00 |
| | | | Other Deductions | 14 | 135,699.50 |
| Total | 17 | 548,157.33 | Total | 66 | 476,937.97 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/31 | 5.56 | 09/11 | 109,410.87 | 09/20 | 5,568.86 |
| 09/03 | 18.56 | 09/12 | 88,664.21 | 09/23 | 24,240.56- |
| 09/04 | 1.56 | 09/13 | 76,218.65 | 09/24 | 59,240.56- |
| 09/06 | 145,253.81 | 09/16 | 794.13 | 09/25 | 24,276.56- |
| 09/09 | 124,653.81 | 09/18 | 7,712.13 | 09/26 | 230,276.77 |
| 09/10 | 28,494.87 | 09/19 | 27,805.46 | 09/30 | 71,224.92 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/06 | 92,515.06 | Deposit | 038665078 |
| 09/06 | 52,646.19 | Deposit | 039717635 |
| 09/06 | 100.00 | Deposit | 039717636 |

Deposits continued on next page

# Business Checking Plus

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/31/2024 to 09/30/2024**
LARRY POLANCO DBA
Primary Account Number: XX-XXXX-2655
Page 3 of 5

Business Checking Plus Account Number: XX-XXXX-2655 - continued

## Deposits - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/11 | 81,000.00 | Deposit | 036888315 |
| 09/18 | 6,500.00 | Deposit | 039084213 |
| 09/19 | 24,312.96 | Deposit | 035046921 |
| 09/20 | 29.50 | Deposit | 031550211 |
| 09/26 | 254,553.33 | Deposit | 034278060 |

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/20 | .18 | ACH Credit Acctverify Intuit | 00024263907041921 |
| 09/20 | .11 | ACH Credit Acctverify Intuit | 00024263907041920 |

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 09/03 | 50.00 | Online Transfer From | 0000004953952711 | KAPS ROOFING & |
| 09/18 | 500.00 | Online Transfer From | 0000004953952711 | KAPS ROOFING & |
| 09/19 | 500.00 | Online Transfer From | 0000004953952711 | KAPS ROOFING & |
| 09/19 | 300.00 | Online Transfer From | 0000004953952711 | KAPS ROOFING & |
| 09/19 | 50.00 | Online Transfer From | 0000004953952711 | KAPS ROOFING & |
| 09/19 | 100.00 | Online Transfer From | 0000004953952711 | KAPS ROOFING & |
| 09/25 | 35,000.00 | Reverse Check | | 016688143 |
| | | Effective 09-24-24 | | |

## Checks and Other Deductions

### Checks and Substitute Checks  * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09 | 000 | 9,300.00 | 019275770 | 09/16 | 000 | 14,000.00 | 011588902 | 09/16 | 000 | 850.00 | 012429168 |
| 09/09 | 000 | 8,300.00 | 019275771 | 09/16 | 000 | 850.00 | 011475428 | 09/24 | 000 | 35,000.00 | 016688143 |
| 09/09 | 000 | 3,000.00 | 019275772 | 09/16 | 000 | 3,500.00 | 012429167 | 09/30 | 000 | 35,000.00 | 019382350 |
| 09/10 | 000 | 12,149.94 | 019560549 | 09/16 | 000 | 1,200.00 | 012429164 | 09/30 | 000 | 35,000.00 | 019382361 |
| 09/12 | 000 | 17,000.00 | 009997082 | 09/16 | 000 | 1,020.00 | 012429166 | 09/30 | 000 | 7,250.00 | 009422372 |
| 09/16 | 000 | 50,000.00 | 011388664 | 09/16 | 000 | 1,000.00 | 012429185 | 09/10 | 7318421 * | 78,901.00 | 019825040 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/11 | 84.00 | 6751 Debit Card Purchase Murphy Express 8850 San Antonio Tx | 8999491000232675125S |
| 09/12 | 1,501.99 | 6751 Debit Card Purchase Rmtly* H9022 Www.Remitly Wa | 9436791000232675125G |
| 09/13 | 106.06 | 6751 Debit Card Purchase Murphy Express 8850 San Antonio Tx | 9490891000232675125T |
| 09/16 | 2,759.29 | 6751 Debit Card Purchase Sherwin Williams 70721 Austin Tx | 7030891000232675125S |
| 09/16 | 65.00 | 6751 Debit Card Purchase Buffalo Wild Wngs 0621 Austin Tx | 7030991000232675125S |
| 09/19 | 5,096.63 | 6751 Debit Card Purchase Sherwin Williams 70721 Austin Tx | 5166291000232675126J |
| 09/20 | 815.48 | 6751 Debit Card Purchase Campbell Lumber Co Inc San Antonio Tx | 1456191000232675126T |
| 09/20 | 176.78 | 6751 Debit Card Purchase The Home Depot #8454 Kyle Tx | 1456091000232675126T |

Debit Card Purchases continued on next page

# Business Checking Plus

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/31/2024 to 09/30/2024
LARRY POLANCO DBA
Primary Account Number: XX-XXXX-2655
Page 4 of 5

Business Checking Plus Account Number: XX-XXXX-2655 - continued

## Debit Card Purchases   - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/20 | 281.43 | 6751 Debit Card Purchase Abc Supply 0039 Austi | 14562910002326751264 |
| 09/20 | 12.87 | 6751 Debit Card Purchase Sherwin Williams 70721 Austin Tx | 14563910002326751264 |
| 09/20 | 2,000.00 | 6751 Debit Card Purchase Sherwin Williams 70721 Austin Tx | 14559910002326751264 |
| 09/23 | 193.20 | 6751 Debit Card Purchase La Quinta Inn & Suites Austin Tx | 24675910002326751266 |
| 09/23 | 4,068.47 | 6751 Debit Card Purchase Sherwin Williams 70721 Austin Tx | 24676910002326751266 |
| 09/23 | 90.85 | 6751 Debit Card Purchase La Quinta Inn & Suites Austin Tx | 24674910002326751266 |
| 09/23 | 35.72 | 6751 Debit Card Purchase Buffalo Wild Wngs 0621 Austin Tx | 24677910002326751266 |
| 09/23 | 1,103.72 | 6751 Debit Card Purchase Sherwin Williams 70721 Austin Tx | 24678910002326751266 |

## POS Purchases

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 09/12 | 44.67 | POS Purchase Lowe's #17 Austin Tx | POS001 | 1749252 |
| 09/12 | 2,000.00 | POS Purchase Sherwin Willia Austin Tx | POS07851799 | 1749253 |
| 09/16 | 98.60 | POS Purchase Qt 4129 Outsid Austin Tx | POS001 | 6342488 |
| 09/16 | 81.63 | POS Purchase Qt 4045 Outsid Kirby Tx | POS001 | 6342489 |
| 09/18 | 82.00 | POS Purchase Murphy Express San Antonio | POS42690901 | 1710867 |
| 09/19 | 73.00 | POS Purchase Qt 4142 Outsid Austin Tx | POS001 | 1771464 |
| 09/30 | 51.85 | POS Purchase Love's #0259 I Las Cruces NM | POS001 | 6167038 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/13 | 6,910.00 | Corporate ACH Bill Pay Sinclair Broadca 30342368 | 00024256905018532 |
| 09/20 | .29 | ACH Debit Acctverify Intuit | 00024263907041928 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 22.00 | Service Charge Period Ending 08/30/2024 | |
| 09/06 | 4.50 | Counter Check Fee | PK59634 |
| 09/06 | 4.50 | Counter Check Fee | PK59634 |
| 09/10 | 36.00 | Overdraft Item Fee | 019275770 |
| 09/10 | 36.00 | Overdraft Item Fee | 019275771 |
| 09/10 | 36.00 | Overdraft Item Fee | 019275772 |
| 09/13 | 4.50 | Counter Check Fee | PL34023 |
| 09/23 | 4.50 | Counter Check Fee | PK58056 |
| 09/25 | 36.00 | Returned Item Fee (nsf) | 016688143 |

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 09/03 | 15.00 | Online Transfer To | 0000004953952711 | LARRY POLANC00204174 |

Other Deductions continued on next page

# Business Checking Plus

📠 For 24-hour account information, sign-on to
   pnc.com/mybusiness/

**For the Period 08/31/2024 to 09/30/2024**
LARRY POLANCO DBA
Primary Account Number: XX-XXXX-2655

Business Checking Plus Account Number: XX-XXXX-2655 - continued     Page 5 of 5

## Other Deductions   *- continued*

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 09/04 | 17.00 | Online Transfer To | 0000004953952711 | LARRY POLANC00060421 |
| 09/10 | 4,000.00 | Withdrawal | | 035763011 |
| 09/10 | 1,000.00 | Withdrawal | | 035582401 |
| 09/12 | 200.00 | Online Transfer To | 0000004953952711 | LARRY POLANC00054337 |
| 09/13 | 5,425.00 | Withdrawal | | 035289157 |
| 09/20 | 9,079.54 | Withdrawal | | 031550207 |
| 09/20 | 9,000.00 | Withdrawal | | 031202311 |
| 09/20 | 900.00 | Online Transfer To | 0000004953952711 | LARRY POLANC00078901 |
| 09/23 | 24,312.96 | Ret Dep Item | *102214 | 0919035046922NSF/UN |
| 09/30 | 1,900.00 | Online Transfer To | 0000004953952711 | LARRY POLANC00148223 |
| 09/30 | 4,850.00 | Withdrawal | | 038801503 |
| 09/30 | 25,000.00 | Domestic Assist Wire | K-Lex Manufacturing In | W249SI1504KG517CC |
| 09/30 | 50,000.00 | Domestic Assist Wire | Kaps Construction Llc | W249SI0850GW35FWW |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 10/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 35 | .00 | Included in Account |
|   ACH Credits | 2 | .00 | |
|   ACH Debits | 2 | .00 | |
|   Checks Paid | 17 | .00 | |
|   Deposited Item - Consolidated | 6 | .00 | |
|   Deposit Tickets Processed | 8 | .00 | |
| Monthly Cash Deposit Volume | 66 | .00 | Included in Account |
| Return Of Deposited Item Charge | 1 | .00 | Included in Account |
| Cashier Checks | 5 | 75.00 | |
| Total For Services Used This Period | | 75.00 | |
| Total Service Charge | | 75.00 | |

# Navigate Business Checking℠

September 30, 2024 ■ Page 1 of 4



KAPS CONSTRUCTION LLC
DEBTOR IN POSSESSION
CH11 CASE #24-51399 (WTX)
5510 FM 78
SAN ANTONIO TX 78219-1114

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

**Watch for debit card scams so you can avoid them**

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

September 30, 2024 ■ Page 2 of 4



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $23.13 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 9/30** | **$23.13** |

Account number: ⬛⬛⬛⬛⬛⬛

**KAPS CONSTRUCTION LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-51399 (WTX)**

Texas/Arkansas account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $23.13 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $10,000.00 | $23.13 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $23.13 ☐ |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|    - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|    - Average ledger balance in your Business Time Account (CD) | | |

wk/wk

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

September 30, 2024 ■ Page 3 of 4





# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Updated limits on Overdraft Fees**

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                   **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



Page 1 of 4    09/30/24
TX    1440017547007



TRUIST

664-07-01-00 21107  13 C 001 30 S  66 002
KAPS  CONSTRUCTION  LLC
PAYROLL  ACCT
10615  PERRIN  BEITEL  RD STE  406
SAN  ANTONIO  TX   78217-3141

# Your account statement
For 09/30/2024

## Contact us

  Truist.com

  (844) 4TRUIST or
(844) 487-8478

■ TRUIST SIMPLE BUSINESS CHECKING

### Account summary

| | |
|---|---|
| Your previous balance as of 08/30/2024 | $39,910.32 |
| Checks | - 27,065.14 |
| Other withdrawals, debits and service charges | - 68,083.01 |
| Deposits, credits and interest | + 98,194.05 |
| Your new balance as of 09/30/2024 | = $42,956.22 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 09/03 | 10911 | 675.00 | 09/30 | *10921 | 1,200.00 | 09/30 | 10935 | 680.00 |
| 09/03 | 10912 | 440.00 | 09/30 | 10922 | 1,080.00 | 09/30 | 10936 | 1,100.00 |
| 09/23 | 10913 | 1,000.00 | 09/30 | 10923 | 1,540.00 | 09/30 | 10937 | 220.00 |
| 09/23 | 10914 | 900.00 | 09/30 | *10934 | 900.00 | 09/03 | *10005791 | 16,330.14 |
| 09/23 | 10915 | 1,000.00 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks    = $27,065.14

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/03 | DEBIT CARD PURCHASE CIRCLE K #2741017 08-29 SCHERTZ     TX 0721 | 87.00 |
| 09/03 | DEBIT CARD PURCHASE 7-ELEVEN 42469 08-29 MIDLAND     TX 7765 | 36.99 |
| 09/03 | DEBIT CARD MISC DEBIT RMTLY* M8D62 08-30 WWW.REMITLY.C  WA 0721 | 1,501.59 |
| 09/03 | DEBIT CARD PURCHASE MURPHY USA 8656 08-31 MIDLAND     TX 7765 | 37.67 |
| 09/03 | DEBIT CARD PURCHASE RAPID EXPRESS CAR 09-01 CASTLE HILLS   TX 7765 | 40.00 |
| 09/03 | DEBIT CARD RECURRING PYMT GOOGLE *GSUITE_kap 09-01 cc@google.com  CA 0721 | 51.17 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 50.00 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 400.00 |
| 09/03 | DEBIT CARD PURCHASE MURPHY EXPRESS 885 09-01 SAN ANTONIO     TX 0721 | 101.00 |
| 09/03 | DEBIT CARD PURCHASE SHERWIN WILLIAMS 7 09-01 SAN ANTONIO     TX 0721 | 116.80 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****1382 - | 400.00 |
| 09/03 | DEBIT CARD PURCHASE-PIN 09-02-24 AUSTIN       TX 0721 QT 4142 OUTSIDE | 69.70 |
| 09/03 | DEBIT CARD PURCHASE-PIN 09-02-24 AUSTIN       0721 SHERWIN WILLIAMS 70721 | 74.90 |
| 09/03 | DEBIT CARD PURCHASE-PIN 09-02-24 AUSTIN       0721 THE HOME DEPOT #6553 | 21.91 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****3584 - | 200.00 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****1382 - | 5,000.00 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****1382 - | 12,000.00 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****1382 - | 3,000.00 |
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****3584 - | 200.00 |

*continued*

■ TRUIST SIMPLE BUSINESS CHECKING ▓▓▓▓▓▓▓▓ (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/03 | TRUIST ONLINE TRANSFER MOBILE TO ****3584 - | 75.00 |
| 09/04 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 100.00 |
| 09/04 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 20.00 |
| 09/04 | RETURN DEPOSIT ITEM  99003002 | 18,000.00 |
| 09/04 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 09/04 | RETURN DEPOSIT ITEM  99003003 | 23,000.00 |
| 09/04 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 09/05 | DEBIT CARD PURCHASE LONGHORN BOLT AND 09-03 210-3414402    TX  7765 | 405.50 |
| 09/05 | OVERDRAFT FEE NOT CHARGED  36 | 36.00 |
| 09/05 | DEBIT CARD PURCHASE-PIN 09-04-24 AUSTIN       0721 SHERWIN WILLIAMS 70721 | 38.41 |
| 09/05 | OVERDRAFT FEE NOT CHARGED  36 | 36.00 |
| 09/05 | DEBIT CARD PURCHASE REW MATERIALS 2162 09-04 PFLUGERVILLE   TX 0721 | 214.34 |
| 09/05 | OVERDRAFT FEE NOT CHARGED  36 | 36.00 |
| 09/09 | RETURNED ITEM FEE | 36.00 |
| 09/23 | DEBIT CARD RECURRING PYMT FRESHBOOKS 09-21 866-303-6061    DE 0721 | 63.84 |
| 09/23 | DEBIT CARD RECURRING PYMT dox*Bill Pay - dox 09-21 866-2174483    WA 0721 | 6.38 |
| 09/23 | SERVICE CHARGES - PRIOR PERIOD | 112.50 |
| 09/24 | DEBIT CARD RECURRING PYMT FRESHBOOKS 09-23 866-303-6061    DE 0721 | 63.84 |
| 09/25 | DEBIT CARD PURCHASE AIRBNB * HMB4H4MET 09-24 AIRBNB.COM    CA 0721 | 602.99 |
| 09/25 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 150.00 |
| 09/26 | DEBIT CARD PURCHASE IN *TRS SPRAY EQUI 09-25 AUSTIN       TX 0721 | 1,137.08 |
| 09/26 | DEBIT CARD PURCHASE H-E-B GAS  #477 09-25 BUDA       TX 0721 | 130.00 |
| 09/26 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 150.00 |
| 09/26 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 09/27 | RETURNED ITEM FEE | 36.00 |
| 09/27 | RETURNED ITEM FEE | 36.00 |
| 09/30 | TRUIST ONLINE TRANSFER MOBILE TO ****6620 - | 100.00 |
| | Total other withdrawals, debits and service charges | = $68,083.01 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/03 | TRUIST ONLINE TRANSFER MOBILE FROM ****1382 - | 1,000.00 |
| 09/03 | DEPOSIT | 1,580.98 |
| 09/05 | NO CHARGE POSITIVE AVAIL BAL  36 | 36.00 |
| 09/05 | NO CHARGE POSITIVE AVAIL BAL  36 | 36.00 |
| 09/05 | NO CHARGE POSITIVE AVAIL BAL  36 | 36.00 |
| 09/10 | DEPOSIT | 4,000.00 |
| 09/10 | DEPOSIT | 36,355.07 |
| 09/23 | TRUIST ONLINE TRANSFER MOBILE FROM ****6620 - | 100.00 |
| 09/23 | TRUIST ONLINE TRANSFER MOBILE FROM ****6620 - | 3,000.00 |
| 09/24 | TRUIST ONLINE TRANSFER MOBILE FROM ****6620 - | 100.00 |
| 09/24 | TRUIST ONLINE TRANSFER MOBILE FROM ****6620 - | 100.00 |
| 09/24 | TRUIST ONLINE TRANSFER MOBILE FROM ****1382 - | 500.00 |
| 09/25 | TRUIST ONLINE TRANSFER MOBILE FROM ****6620 - | 150.00 |
| 09/25 | TRUIST ONLINE TRANSFER MOBILE FROM ****1382 - | 1,200.00 |
| 09/30 | INCOMING WIRE TRANSFER WIRE REF# 20240930-00016209 | 50,000.00 |
| | Total deposits, credits and interest | = $98,194.05 |

Beginning November 18, 2024, if the immediate availability service is offered and accepted, *fees will apply for all mobile check deposits utilizing the immediate availability service including checks issued by a Truist accountholder.* Refer to the Business Deposit Accounts Fee Schedule for additional information at **www.truist.com/business-fee-schedule**.

**Checks less than $100:** $1 fee will apply

**Checks greater than or equal to $100:** A fee of 2% of the check amount will apply

**Please Note:** Single check deposits less than $5 are not eligible for the immediate availability service





**Changes will be effective November 1, 2024** to the Commercial Bank Services Agreement ("CBSA") that governs your account, including revisions under Section B (Arbitration Agreement), Section F (Account Types), Section G (Account Rules), Section I (Certificate of Deposits), and Section J (Availability of Funds). Continued use of your account constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA. All future transactions on your account will be governed by the amended CBSA. If you have questions about these changes, contact your local Truist branch or call 844-4TRUIST (844-487-8478).

As a reminder, effective January 02, 2025, the non-Truist ATM fee will be $3 for using any domestic ATM except a Truist ATM, unless otherwise disclosed. Also, rebates from Truist are discontinued for ATM Surcharges assessed by the non-Truist ATM owner.

Please see the Business Deposit Accounts Fee schedule for further details. The current version can be obtained at any Truist branch or online at www.truist.com/business-fee-schedule. If you have any questions, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).



## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am   5pm EST on Saturday. You may also contact your local Truist branch.  To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only.  Commercial Accounts refer to the Commercial Bank Services Agreement.)**

Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.  In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**

If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A.  Record the transaction date, the check number or type of debit and the debit amount.  Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B.  Record the transaction date, credit type and the credit amount.  Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance.  Enter the sum here.  This amount should match the balance in your register. | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478).  MEMBER FDIC

# Profit and Loss

Kaps Roofing and Construction
Income Billed (USD)
For Aug 1, 2024 - Sep 30, 2024

| | Aug | Sep | Total |
|---|---|---|---|
| **Income (Billed)*** | | | |
| Sales | 10,200.87 | 71,226.32 | 81,427.19 |
| Invoice | 10,200.87 | 71,226.32 | 81,427.19 |
| Less Cost of Goods Sold | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | **$10,200.87** | **$71,226.32** | **$81,427.19** |
| **Gross Margin** | **100%** | **100%** | **100%** |
| | | | |
| **Less Expenses** | | | |
| Car & Truck Expenses | 5,213.92 | 1,792.00 | 7,005.92 |
| Diesl | 304.93 | 50.00 | 354.93 |
| Vehicle Insurance | 4,908.99 | 1,742.00 | 6,650.99 |
| Contractors | 29,700.00 | 204,115.00 | 233,815.00 |
| Contractors (general) | 0.00 | 181,315.00 | 181,315.00 |
| Payroll | 29,700.00 | 22,800.00 | 52,500.00 |
| Employee Benefits | 1,151.00 | 0.00 | 1,151.00 |
| Health Insurance | 1,151.00 | 0.00 | 1,151.00 |
| Meals & Entertainment | 0.00 | 35.69 | 35.69 |
| Other Expenses | 51,023.00 | 215,954.39 | 266,977.39 |
| Business Insurance | 8,164.00 | 0.00 | 8,164.00 |
| Construction materials | 37,863.22 | 211,154.39 | 249,017.61 |
| Other Expenses (general) | 195.78 | 0.00 | 195.78 |
| general liability | 4,800.00 | 4,800.00 | 9,600.00 |

|  | Aug | Sep | Total |
|---|---|---|---|
| Rent or Lease | 16,201.15 | 0.00 | 16,201.15 |
| Equipment | 6,040.57 | 0.00 | 6,040.57 |
| Machinery | 3,835.58 | 0.00 | 3,835.58 |
| Rent or Lease (general) | 6,325.00 | 0.00 | 6,325.00 |
| Supplies | 0.00 | 26,976.48 | 26,976.48 |
| Materials | 0.00 | 11,618.15 | 11,618.15 |
| Supplies (general) | 0.00 | 15,358.33 | 15,358.33 |
| Utilities | 840.00 | 0.00 | 840.00 |
| Phone | 840.00 | 0.00 | 840.00 |
| **Total Expenses** | **$104,129.07** | **$448,873.56** | **$553,002.63** USD |
| **Net Profit** | **($93,928.20)** | **($377,647.24)** | **($471,575.44)** USD |

*Because deposit payments are made to you prior to the delivery of goods or services, they are not initially recorded as income on this report. Once your client has made a payment toward the remaining balance of the invoice, all payments received will be recorded as income. (Billed based report only)